UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:22-cv-1157-WWB-LHP

WINDY LUCIUS,

    Plaintiff,

v.

DOLPHIN HOTEL ASSOCIATES
and SHULA'S STEAK HOUSES,
LLLP,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, WINDY LUCIUS, and Defendants, DOLPHIN HOTEL ASSOCIATES and SHULA'S STEAK HOUSES, LLLP (collectively, the "Parties"), by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within fourteen (14) days and should not be required to file any further responses, motions, and/or pleadings.

**[Signature block and certificate of service to follow.]**

Respectfully submitted,

| | |
|---|---|
| By: /s/ J. Courtney Cunningham<br>J. Courtney Cunningham, Esq.<br>Florida Bar No. 628166<br>J. COURTNEY CUNNINGHAM, PLLC<br>8950 SW 74th Court, Suite 2201<br>Miami, Florida 33156<br>T: 305.351.2014<br>E-mail: cc@cunninghampllc.com<br>*Counsel for Plaintiff* | By:/s/ Robert F. Salkowski<br>Robert F. Salkowski, Esq.<br>Florida Bar No. 903124<br>ZARCO EINHORN SALKOWSKI, P.A.<br>One Biscayne Tower<br>2 S. Biscayne Boulevard, 34th Floor<br>Miami, Florida 33131<br>Telephone: (305) 374-5418<br>Facsimile: (305) 374-5428<br>E-mail: rsalkowski@zarcolaw.com<br>*Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of September 2022, I electronically filed the foregoing document was filed with the Clerk of the Court and served on Plaintiff's counsel listed below via CM/ECF.

**J. COURTNEY CUNNINGHAM, ESQ.**
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305.351.2014
E-mail: cc@cunninghampllc.com
*Counsel for Plaintiff*

By: /s/ *Robert F. Salkowski*